## CONSENT TO JOIN

**I WANT TO JOIN THE LAWSUIT** entitled *Jose Reinoso, v. Downtown Restaurant Company LLC, et al.*, which is pending in the United States District Court for the Southern District of New York, New York in which claims are asserted under the Fair Labor Standards Act and New York Labor Law.

I understand that this lawsuit seeks unpaid wages that may be owed to me and that by joining this lawsuit I will become a plaintiff pursuant to the Fair Labor Standards Act and New York Labor Law. I agree to be bound by any adjudication in the lawsuit whether it is favorable or unfavorable. I understand that, by filing this form, I am voluntarily becoming a party plaintiff to this action, with the obligations and rights of a plaintiff in a case explained in this form. I wish to preserve and pursue any claims that I may have to the greatest extent possible. Therefore, I expressly consent to the use of this consent form for purposes of making me a party plaintiff in any lawsuit and/or lawsuits that plaintiffs' attorneys Joseph & Kirschenbaum LLP have brought and/or may bring on behalf of myself and other employees alleged to be similarly situated. I authorize the representative plaintiff or plaintiff's attorneys to file this consent with the Clerk of Court. I hereby further authorize and designate the named plaintiff to act on my behalf concerning this litigation, this investigation, consideration of settlement and attorneys' fees and costs, and all other matters pertaining to this lawsuit. I understand that unless I inform the third-party administrator in writing, I will be represented by Mr. Reinoso's Counsel, Joseph & Kirschenbaum LLP and will be bound by the Attorney Retainer Agreement that Mr. Reinoso entered into with Joseph & Kirschenbaum LLP.

05/25/18
Date

718-864-0004
Phone Number*

Gonzaleroscar1184@gmail.com
E-mail address*

Bartender, waiter
Position(s) held*

*[Signature]*
Signature

Oscar Gonzalez Campos
Full Legal Name (Print)

6121 Bleecker St.
Mailing Address (street)*

Ridgewood, NY 11385
Mailing Address (city, state, zip code)*