UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSE REINOSO, on behalf of himself and others similarly situated,<br><br>          Plaintiff,<br><br>v.<br><br>DOWNTOWN RESTAURANT COMPANY, LLC, d/b/a CIPRIANI DOWNTOWN, GC ALPHA, LLC, d/b/a CIPRIANI DOLCI, 42nd STREET LESSEE, LLC d/b/a CIPRIANI, GC BALLROOM OPERATOR, LLC, d/b/a CIPRIANI CLUB 55, CIPRIANI USA, INC., IGNAZIO CIPRIANI, MAGGIO CIPRIANI, FEDERICO CONTU, and ANABEL ESPINAL,<br><br>          Defendants. | 17 Civ. 8509 (VSB)(HBP) |

## STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED that the 42 U.SC. § 1981, the New York State Human Rights Law and the New York City Human Rights Law claims in this action have been discontinued and are hereby dismissed with prejudice, without costs to any party against any other. This Stipulation may be filed with the Court without further notice to any party.

Dated: New York, New York
        _____, 2018

For the Plaintiff:

JOSEPH & KIRSCHENBAUM LLP

By: _____
    Josef Nussbaum
    D. Maimon Kirschenbaum
    32 Broadway, Suite 601
    New York, New York 10004

For the Defendants:

LITTLER MENDELSON P.C.

By: _____
    Eli Freedberg
    900 Third Avenue
    New York, NY 10022

SO ORDERED:

*Vernon Broderick*

HON. VERNON S. BRODERICK  9/24/2018
UNITED STATES DISTRICT JUDGE