# EXHIBIT 2

**D. Maimon Kirschenbaum - Time**

| Date | Time | Description |
|---|---|---|
| 9/27/17 | 1.9 | intake meeting, travel |
| 9/29/17 | 0.1 | Email Bilali, follow up with client |
| 10/29/17 | 2.3 | work on complaint |
| 10/29/17 | 1 | work on complaint |
| 10/30/17 | 1.1 | meet with client, finalize complaint |
| 11/2/17 | 0.2 | complaint |
| 12/12/17 | 0.1 | meet with LCB re: discovery |
| 12/14/17 | 0.2 | discuss with LCB |
| 12/20/17 | 0.2 | meet with LCB re: discovery |
| 1/9/18 | 0.1 | Email client |
| 2/9/18 | 0.4 | Call with Judge Pitman, prep |
| 2/23/18 | 0.3 | call with court; review with LCB |
| 3/2/18 | 0.4 | Call with court, prep |
| 3/5/18 | 0.3 | Discussion with client re: settlement proposal |
| 3/7/18 | 0.2 | Discussion with LCB re: discovery issues/adjournment |
| 3/8/18 | 1 | letter to court re: discovery |
| 3/9/18 | 0.4 | review WTPA notices provided by defense |
| 3/19/18 | 0.2 | finalize scheduling order |
| 3/19/18 | 0.2 | call with court |
| 3/20/18 | 0.4 | review cipriani file |
| 3/20/18 | 0.7 | court-travel |
| 3/20/18 | 0.5 | court |
| 4/12/18 | 0.2 | discuss with JN |
| 4/12/18 | 0.2 | emails |
| 4/20/18 | 0.2 | Status meeting, email re: discovery |
| 4/25/18 | 0.1 | review 30b6 motice |
| 5/7/18 | 0.6 | call with defense/work on damages calculations |
| 5/7/18 | 0.3 | work on damages calculation |
| 5/8/18 | 0.2 | email damages calculations to Defendants |
| 5/8/18 | 0.5 | call with Defendants |
| 5/17/18 | 0.4 | Review Defendants' settlement proposal |
| 5/18/18 | 0.4 | Discuss with client the proposal |
| 5/22/18 | 0.6 | Settlement discussions, emails/phone with Defendants |
| 5/23/18 | 0.6 | discuss depositions with JN |
| 5/23/18 | 0.7 | interview guy |
| 5/24/18 | 0.2 | discussion re: class cert and outstanding discovering with JN |
| 5/25/18 | 0.5 | review new plaintiff info/dec with JN, discussion with defense |
| 5/29/18 | 0.2 | discussion with JN re: 30b6 deposition, amending notice |
| 5/30/18 | 0.1 | discuss outstanding discovery with JN |
| 6/5/18 | 0.3 | review docs, research |
| 6/5/18 | 0.1 | Email Defendants re: deposition |
| 6/6/18 | 0.5 | prepare with JN for deposition |
| 6/6/18 | 0.2 | review 2015 WTPA notice provided by Defendants |
| 6/7/18 | 0.4 | discuss deposition issues with JN |
| 6/14/18 | 0.1 | call with JN re: demand |
| 6/15/18 | 0.2 | discussion with JN and email to Defendants re: demand for additional 2 opt-ins |
| 6/18/18 | 0.6 | settlement discussions with JN/Defendants, emails re: deposition |
| 6/25/18 | 0.3 | call with JN |
| 6/26/18 | 0.4 | calls with clients re: settlement numbers |
| 6/28/18 | 0.2 | Discuss with JN class cert motion |
| 6/29/18 | 0.1 | Email Defendants re: final settlement number |
| 6/29/18 | 0.5 | Email Defendants re: structure of settlement |
| 7/10/18 | 0.2 | discuss with JN structure of settlement agreements, legal research re: bifurcated agreements under cheeks |
| 7/13/18 | 0.1 | email re: settlement agreement terms |
| 7/19/18 | 0.1 | email defense re: settlement agreement |
| 7/23/18 | 0.1 | email defense re: status of settlement agreements |
| 8/1/18 | 0.1 | email defense re: status of settlement agreements |
| 8/10/18 | 0.1 | remind Defendants re: agreement |
| 8/14/18 | 0.1 | email Defendants |
| 8/20/18 | 0.1 | email JN re: settlement agreement |
| 8/21/18 | 1.1 | review agreements, call with JN |
| 8/27/18 | 0.1 | email JN re: settlement status |

| 8/28/18 | 0.1 | emial Defendants re: status of settlement agreement |
|---|---|---|
| 8/29/18 | 0.3 | emails to Defendants about agreement |
| 8/30/18 | 0.1 | email JN re: settlement status |
| 9/14/18 | 0.1 | email Defendants re: status of settlement |
| 9/20/18 | 0.4 | email Defendants, edit letter to court |
| 10/4/18 | 0.1 | discuss cheeks motion with JN |
| 10/10/18 | 0.2 | Communicate with Defendants re: finalizing settlement agreement |
| 10/29/18 | 0.4 | Work on final submissions for Cheeks |

**Denise Schulman - Time**

| Date | Time | Description |
|---|---|---|
| 10/30/17 | 0.2 | edit complaint |
| 11/3/17 | 0.1 | discuss complaint with LCB |

**Josef Nussbaum - Time**

| Date | Time | Description |
|---|---|---|
| 4/12/18 | 0.1 | email to Defendants |
| 4/12/18 | 2.3 | reviewed case docket and documents; discussed next steps with DMK |
| 4/16/18 | 0.1 | downloaded new discovery served by Defendants; reviewed discovery status |
| 4/20/18 | 0.2 | case status meeting and review with DMK; discussed next steps in discovery |
| 4/20/18 | 0.1 | email to DMK re: discovery |
| 4/24/18 | 0.8 | discovery review and drafted deposition notices |
| 4/24/18 | 0.1 | email from Defendants re: discovery |
| 4/24/18 | 0.1 | email from/to Defendants re: discovery issues |
| 4/24/18 | 0.1 | email to Defendants re: discovery |
| 4/24/18 | 0.2 | emails to/from Defendants re: deposition schedule |
| 4/25/18 | 0.1 | discussed deposition notices with DMK |
| 4/25/18 | 0.1 | finalized and served deposition notices |
| 4/25/18 | 0.3 | revised 30b6 notice |
| 4/30/18 | 0.1 | email from Defendants re: discovery; downloaded new discovery from Defendants |
| 4/30/18 | 0.1 | email to/from Defendants re: deposition schedule |
| 5/2/18 | 0.2 | discovery review |
| 5/2/18 | 0.1 | email from Defendants re: discovery |
| 5/4/18 | 0.1 | discovery - sent corrupted voice file to paralegals to open |
| 5/22/18 | 0.4 | call with Defendants re: settlement; discussed next steps with DMK; instructed paraelgal to organize client meeting |
| 5/22/18 | 0.1 | email from para re potential witness meeting |
| 5/23/18 | 0.7 | conversations with DMK re discovery; DMK email to Defendants |
| 5/23/18 | 0.2 | discussed new client and declaration with DMK; DMk email to Defendants; reviewed declaration |
| 5/23/18 | 0.1 | email from Defendants re: discovery |
| 5/23/18 | 0.1 | email from DMK re: discovery |
| 5/23/18 | 0.1 | email from DMK re: new client and discovery |
| 5/23/18 | 0.1 | email from paralegal re:client meeting |
| 5/24/18 | 0.3 | emails from/to Defendants re: discovery; discussed discovery and class certification issues with DMK |
| 5/25/18 | 0.2 | call with Defendants; discussed settlement with DMK |
| 5/25/18 | 1.5 | meeting with new client and Jose; drafted declaration; discussed with DMK |
| 5/29/18 | 0.2 | discussed discovery issues with DMK |
| 5/29/18 | 0.2 | revised deposition notice; email to Defendants re: discovery |
| 5/30/18 | 0.1 | discussed discovery issues with DMK |
| 5/30/18 | 0.1 | email from Defendants re: discovery; discussed with DMK |
| 5/30/18 | 0.1 | emails from/to Defendants re: letter to Court |
| 5/31/18 | 0.2 | drafted and filed letter to court re: extension request |
| 5/31/18 | 0.1 | email to Defendants |
| 6/4/18 | 0.2 | emails re: discovery |
| 6/5/18 | 0.2 | discussed new disscovery served by Defendants with DMK |
| 6/6/18 | 2 | deposition prep |
| 6/6/18 | 1.8 | deposition prep |
| 6/6/18 | 0.1 | ECF order re: extension request |
| 6/6/18 | 0.1 | email from/to Defendants re: discovery |
| 6/6/18 | 0.1 | email to/from Defendants re: discovery |
| 6/7/18 | 2.3 | deposition prep |
| 6/7/18 | 3 | depositon and recap of testimony with DMK |
| 6/8/18 | 0.1 | call to veritext re: deposition transcript |
| 6/11/18 | 0.1 | discussed settlement position with DMK |
| 6/14/18 | 0.1 | discussed settlement negotiations with DMK |

| Date | Hours | Description |
|---|---|---|
| 6/14/18 | 0.1 | emails from/to Defendants re: settlement negotiations |
| 6/15/18 | 0.1 | discussed damages calculations and class certification motion with DMK |
| 6/15/18 | 0.2 | drafted damages calculations; emailed to DMK |
| 6/18/18 | 0.2 | discussed class cert with DMK; emails from/to Defendants re: motion due date |
| 6/18/18 | 0.2 | discussed class cert with DMK; emails from/to Defendants re: settlement |
| 6/18/18 | 0.2 | emails to/from Defendants re: deposition |
| 6/20/18 | 0.1 | called chambers re: motion for extension to file brief |
| 6/25/18 | 0.1 | email from/to Defendants re: deposition |
| 6/25/18 | 0.1 | email from/to Defendants re: deposition |
| 6/25/18 | 0.1 | email from/to DMK re settlement negotiations |
| 6/26/18 | 5 | deposition (with travel time) |
| 6/26/18 | 1.2 | deposition prep |
| 6/26/18 | 0.1 | email to paralegal re: deposition |
| 6/28/18 | 0.3 | discussed class cert motion outline with DMK |
| 6/29/18 | 0.2 | discussed settlement negotations status with DMK |
| 6/29/18 | 0.1 | email from Defendants re: settlement |
| 6/29/18 | 0.4 | emails from/to Defendants re: settlement; call with DMK re: settlement |
| 6/29/18 | 0.1 | emails re: settlement |
| 6/30/18 | 0.1 | email from Defendants re: settlement |
| 7/3/18 | 0.1 | message from client |
| 7/3/18 | 0.5 | organzied settlement breakdown; called clients re: settlement |
| 7/3/18 | 0.1 | VM from client re: settlement |
| 7/5/18 | 0.1 | call with client re: settlement |
| 7/5/18 | 0.1 | call with client re: settlement |
| 7/5/18 | 0.1 | texts to DMK re: settlement |
| 7/5/18 | 0.1 | vm to client re: settlement |
| 7/9/18 | 0.1 | call with Jose re: settlement status |
| 7/9/18 | 0.1 | discussed settlement agreements with LCB |
| 7/9/18 | 0.3 | drafted settlement agreements |
| 7/9/18 | 0.1 | revised damages breakdown |
| 7/9/18 | 0.2 | settlement agreements |
| 7/10/18 | 0.3 | case meeting with DMK; discussed settlement organization |
| 7/11/18 | 0.8 | drafted settlement agreements |
| 7/11/18 | 0.6 | drafted settlement agreements |
| 7/12/18 | 0.1 | called reinoso re: settlement breakdown |
| 7/12/18 | 0.6 | drafted settlement agreements; sent to DMK |
| 7/13/18 | 0.1 | discussed settlement agreement isues with LCB |
| 7/13/18 | 0.1 | email from DMK re: settlement agreement |
| 7/13/18 | 0.1 | email from/to DMK re: settlement agreement |
| 7/13/18 | 0.3 | revised and reviewed settlement agreements; emailed to Defendants |
| 7/16/18 | 0.1 | message from Reinoso |
| 7/18/18 | 0.1 | email rom paralegal re: Reinoso message |
| 7/19/18 | 0.1 | called Ricardo |
| 7/19/18 | 0.1 | email re: settlement agreement |
| 7/19/18 | 0.1 | VM from Ricardo |
| 7/23/18 | 0.1 | email from DMK re: settlement |
| 7/23/18 | 0.1 | VM and call with Manrique |
| 7/26/18 | 0.2 | emails and conversations with paralegal re: Reinoso prep |
| 7/27/18 | 0.1 | email from client re: case status |
| 7/30/18 | 0.1 | email from DMK to Defendants re: settlement status |
| 7/30/18 | 0.1 | email from oscar |
| 7/30/18 | 0.1 | email to oscar re: case status |
| 8/1/18 | 0.2 | called client re: case status |
| 8/1/18 | 0.1 | email from DMK to Defendants re: settlement status |
| 8/1/18 | 0.1 | email from para re: call from client |
| 8/6/18 | 0.2 | calls to clients re: case status update |
| 8/20/18 | 0.1 | discussed settlement status with DMK |
| 8/20/18 | 0.1 | Message from DMK re: settlement status |
| 8/21/18 | 0.1 | call with DMK re: settlement agreements |
| 8/21/18 | 0.1 | call with DMK re: settlement agreements |
| 8/21/18 | 0.3 | reviewed Defendants' edits to settlement agreement |
| 8/27/18 | 0.1 | email from DMk re: settlement |
| 8/29/18 | 0.1 | email from DMk to Defendants re: settlement |
| 8/29/18 | 0.1 | email to DMk from Defendants re: settlement |
| 8/30/18 | 0.2 | calls to clients re: settlement agreements |
| 8/30/18 | 0.2 | calls with client; sent agreement to sign |

| Date | Time | Description |
|---|---|---|
| 8/30/18 | 0.1 | email from Defendants re: settlement |
| 8/30/18 | 0.1 | emails re: settlement |
| 9/5/18 | 0.1 | called Jose; email to Genci re: settlement agreement |
| 9/6/18 | 0.2 | call with client |
| 9/6/18 | 0.1 | email re: settlement signature |
| 9/12/18 | 0.1 | email to Defendants re: settlement agreement |
| 9/12/18 | 0.8 | meeting with Reinoso re: settlement |
| 9/14/18 | 0.1 | discussed next steps with DMK |
| 9/14/18 | 0.1 | email from/to Defendants re: settlement agreement |
| 9/14/18 | 0.1 | email to Defendants re: settlement agreement |
| 9/17/18 | 0.1 | email from DMK re: settlement |
| 9/20/18 | 0.2 | drafted letter to court |
| 9/20/18 | 0.1 | emails to/from Defendants re: settlement |
| 9/21/18 | 0.3 | finalized and filed stip of dismissal and letter |
| 9/21/18 | 0.1 | refiled stipulation of dismissal |
| 9/26/18 | 0.1 | email from client re: case status |
| 10/3/18 | 0.1 | call with client re: settlement status |
| 10/3/18 | 0.1 | reviewed order re: dismissal; calendared payment date |
| 10/4/18 | 0.2 | discussed letter to court with DMK; reformatted agreement; emailed to Defendants for signatures |
| 10/10/18 | 0.1 | email from DMK re: settlement status |
| 10/17/18 | 0.1 | VM from Jose |
| 10/18/18 | 0.1 | VM from Jose; called Jose |
| 11/5/18 | 0.1 | reviewed check; discussed with paralegal |
| 11/6/18 | 0.1 | discussed settlement with DMK |
| 10/22/18 | 0.1 | email from defendants re: settlement |
| 10/23/18 | 0.1 | email from defendants re: settlement |
| 10/24/18 | 0.1 | called oscar; reviewed docs submitted by defendants |
| 10/25/18 | 0.7 | research for letter (wolford decision); drafted letter |
| 10/26/18 | 0.2 | met with client; emails to defendants |
| 10/29/18 | 0.2 | emails to Defendants re W9s |
| 11/1/18 | 0.1 | emails from defendants re: settlement |
| 11/12/18 | 1.1 | reviewed and prepared firm time for Cheeks filing |
| 11/18/18 | 1 | drafted letter to court |

**Lucas C. Buzzard - Time**

| Date | Time | Description |
|---|---|---|
| 11/3/17 | 0.2 | amend draft complaint |
| 12/12/17 | 0.1 | email Defendants |
| 12/14/17 | 0.1 | email Defendants |
| 12/14/17 | 0.1 | respond to Defendants' email |
| 12/20/17 | 0.5 | draft RPDs |
| 12/20/17 | 0.1 | review case with DMK |
| 12/21/17 | 0.3 | draft Initial disclosures |
| 12/21/17 | 0.6 | draft interrogatories |
| 12/21/17 | 0.4 | draft RPDs |
| 1/22/18 | 0.1 | email Defendants |
| 1/31/18 | 0.1 | email MJ Pitman's chambers |
| 1/31/18 | 0.1 | review with DMK |
| 2/1/18 | 0.1 | email Defendants |
| 2/9/18 | 0.3 | conference call with MJ Pitman |
| 2/23/18 | 0.2 | call with DMK |
| 2/23/18 | 0.3 | call with MJ Pitman |
| 3/1/18 | 0.1 | discuss with DMK |
| 3/1/18 | 0.4 | review Defendants document production |
| 3/2/18 | 0.1 | call with DMK |
| 3/2/18 | 0.3 | telephone conference with court |
| 3/7/18 | 0.2 | email DMK re: adjournment request |
| 3/7/18 | 0.2 | email DMK re: adjournment request |
| 3/13/18 | 0.5 | draft letter to MJ Pitman |
| 3/15/18 | 1.2 | client meeting |
| 3/19/18 | 0.4 | conference call with MJ |
| 3/22/18 | 1.2 | draft interrogatory responses |
| 3/22/18 | 1.9 | draft RPD responses |
| 3/22/18 | 0.1 | email Defendants with discovery responses |
| 3/22/18 | 0.4 | review docs; organize for production |

**Paralegal - Time**

| Date | Time | Description |
|---|---|---|
| 11/3/17 | 0.2 | Spoke to Service by Irving re: Affidavit of Service |
| 11/3/17 | 3.5 | Prepare documents to be filed through ECF |
| 11/21/17 | 0.8 | Prepare documents for service to each Defendant |
| 11/30/17 | 1.6 | Filing of Affidavit of Service for Defendants |
| 1/19/18 | 0.2 | Spoke to Jose Reinoso re: Case |
| 3/14/18 | 0.2 | Spoke to Jose Reinoso re: Case |
| 3/19/18 | 0.2 | Spoke to Jose Reinoso re: Document |
| 5/22/18 | 0.2 | Spoke to Manrique re: Meeting with attorney |
| 5/22/18 | 0.8 | Spoke to Jose Reinoso re: Meeting with Attorney |
| 5/23/18 | 0.2 | Spoke to Jose re colleague needed for meeting |
| 5/23/18 | 0.2 | Spoke to Jose Reinoso re: Meeting with attorney |
| 5/25/18 | 0.2 | Send document to Client |
| 5/25/18 | 0.3 | File document in court |
| 5/25/18 | 0.6 | Meeting with clients re: Case |
| 6/6/18 | 0.2 | Spoke to Veritext re: Case |
| 6/7/18 | 0.2 | Update Gonzalez Information |
| 6/15/18 | 0.6 | scanning of documents |
| 6/26/18 | 1.3 | Meeting with Kamila re: Settlement check sign |
| 7/12/18 | 0.1 | Called Jose Reinoso re case/ left VM |
| 7/16/18 | 0.2 | spoke to Jose Reinoso |
| 7/16/18 | 0.8 | Spoke to Jose Reinoso re: Case |
| 7/18/18 | 0.6 | Spoke to Jose Reinoso re: Case |
| 7/25/18 | 0.2 | Spoke to Jose Reinoso re: Case |
| 7/26/18 | 0.4 | Spoke to Jose Reinoso re: Case |
| 8/15/18 | 0.3 | Spoke to client re: call made to him |
| 9/5/18 | 0.4 | Spoke to Reinoso re: case update; meeting with attorney |
| 9/26/18 | 0.3 | Spoke to Enrique re: settlement |